# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 5, 2009

Charles R. Fulbruge III
Clerk

No. 09-20289
Summary Calendar

KLEINWOOD MUNICIPAL UTILITY DISTRICT,

Plaintiff-Appellant

v.

CYPRESS FOREST PUBLIC UTILITY DISTRICT; JP/RAVENEAUX
PARTNERS LP; KERA DEVELOPMENT L.P.,

Defendants, Appellees.

Appeal From the United States
District Court for the Southern District of Texas

Lower Docket Number 4:08-CV-3071

Before JOLLY, WIENER, and ELROD, Circuit Judges.

PER CURIAM:[*]

Before us in this appeal is the district court's dismissal pursuant to F.R.C.P. 12(b)(6) of Kleinwood's constitutional claims advanced under 42 U.S.C. §1983 and other federal and state claims. Having reviewed the district court's Order of March 30, 2009, the briefs of the parties, and the record on appeal, we

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

are satisfied that, for the reasons set forth by the district court, its judgment should be and is hereby

AFFIRMED.